Tony Diab, SBN 12954
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949.475.1500
Facsimile: 949.475.0016
tdiab@shb.com

☑ FILED      ☐ RECEIVED
☐ ENTERED    ☐ SERVED ON
              COUNSEL/PARTIES OF RECORD

AUG 1 1 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

*Attorneys for Defendant*
Union Pacific Railroad Company

[Additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL A. HOWELL, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY; SFPP, L.P., formerly known as SANTA FE PACIFIC PIPELINES, INC., KINDER MORGAN OPERATING L.P. "D"; and KINDER MORGAN G.P., INC., <br><br> Defendants. | CASE NO. 3:15-cv-00317-LRH-VPC <br><br> **UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO COMPLAINT** |

1

COME NOW Defendants Union Pacific Railroad Company and the Pipeline[1], by and through undersigned counsel, and file this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint. Defendants respectfully request that this Court extend the deadline to respond to Plaintiffs' Complaint until August 20, 2015. Counsel for Plaintiffs does not oppose this requested extension.

| | |
|---|---|
| Dated: August 10, 2015 | Respectfully submitted, |
| | SHOOK, HARDY & BACON L.L.P. |
| | By: /s/ Tony Diab |
| | TONY DIAB |
| | Jamboree Center |
| | 5 Park Plaza, Suite 1600 |
| | Irvine, California 92614 |
| | Telephone: 949.475.1500 |
| | Facsimile: 949.475.0016 |
| | tdiab@shb.com |
| | Attorneys for Defendant |
| | UNION PACIFIC RAILROAD COMPANY |
| Dated: August 10, 2015 | Respectfully submitted, |
| | By: /s/ Summer Wynn |
| | SUMMER WYNN |
| | COOLEY LLP |
| | 4401 Eastgate Mall |
| | San Diego, California 92121-1909 |
| | Telephone: 858-550-6030 |
| | Facsimile: 858-550-6420 |
| | swynn@cooley.com |
| | Attorneys for Defendants |
| | SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC. |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: August 11, 2015

---

[1] The Pipeline defendants refer to: SFPP L.P.; Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, the following document was electronically filed with the Clerk of the Court and served using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email address(es).

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO COMPLAINTS

> */s/ Tony Diab*
> TONY DIAB