Norman E. Siegel (*admitted pro hac vice*)
siegel@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Thomas S. Stewart (*admitted pro hac vice*)
stewart@swm.legal
Stewart, Wald & McCulley, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Plaintiff's Interim Co-Lead Counsel

*[See Additional Counsel on Signature Page]*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 1 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL A. TINDER-HOWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY, SFPP, L.P. (formerly known as SANTA FE PACIFIC PIPELINES, INC., formerly known as SOUTHERN PACIFIC PIPELINES, INC.), KINDER MORGAN OPERATING L.P. "D", and KINDER MORGAN G.P., INC.,<br><br>Defendants. | <u>CLASS ACTION</u><br><br>CASE NO. 3:15-cv-00317-LRH-(VPC)<br>(consolidated with 3:15-cv-00478)<br><br>ORDER<br><u>STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE</u> |

---

STIPULATION AND REQUEST TO
VACATE CASE MANAGEMENT CONFERENCE

Plaintiff Cheryl A. Tinder-Howell ("Plaintiff"), Defendant Union Pacific Railroad Company ("Union Pacific"), and Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D", and Kinder Morgan G.P., Inc.'s (collectively, "Kinder Morgan"), jointly submit this Stipulation and Request to Vacate Case Management Conference.

On November 29, 2016, this Court entered an Order staying this lawsuit. *See* Doc. 155. The Court's monthly status conference in this matter is presently set for Tuesday, December 6, 2016. Given the stay order, the parties believe this status conference is unnecessary and therefore stipulate to vacate the hearing. The parties believe that the further scheduled case management conference hearings in this matter (Doc. 134) are also vacated by the Court's stay order; however, the parties respectfully request clarification from the Court. The parties are available to update the Court regarding the status of the Ninth Circuit appeal and the pending related litigation in California, Arizona, and New Mexico on any schedule desired by the Court.

Dated: November 30, 2016                    Respectfully Submitted,

                                            /s/ Norman E. Siegel
Thomas S. Stewart (*admitted pro hac vice*) Norman E. Siegel (*admitted pro hac vice*)
Elizabeth G. McCulley                       Barrett J. Vahle (*admitted pro hac vice*)
(*admitted pro hac vice*)                   Ethan M. Lange (*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC               STUEVE SIEGEL HANSON LLP
2100 Central, Suite 22                      460 Nichols Road, Suite 200
Kansas City, Missouri 64108                 Kansas City, Missouri 64112
Phone: (816) 303-1500                       Phone: (816) 714-7100
Fax: (816) 527-8068                         Fax: (816) 714-7101
stewart@swm.legal                           siegel@stuevesiegel.com
mcculley@swm.legal                          vahle@stuevesiegel.com
                                            lange@stuevesiegel.com

1 | Steven M. Wald
2 | (*admitted pro hac vice*)
  | STEWART, WALD & MCCULLEY, LLC
3 | 12747 Olive Blvd., Suite 280
  | St. Louis, Missouri 63141
4 | Phone: (314) 720-6190
5 | Fax: (314) 400-7724
  | wald@swm.legal
6 |
7 | *Plaintiff's Interim Co-Lead Class Counsel*

8 | John W. Cowden (*admitted pro hac vice*)          Francis A. Bottini, Jr.
  | Angela M. Higgins (*admitted pro hac vice*)       (*admitted pro hac vice*)
9 | BAKER STERCHI COWDEN & RICE, L.L.C.               BOTTINI & BOTTINI, INC.
  | 2400 Pershing Road, Suite 500                     7817 Ivanhoe Avenue, Suite 102
10| Kansas City, Missouri 64108                       La Jolla, California 92037
  |                                                   Phone: (858) 914-2001
11| Phone: (816) 471-2121                             Fax: (858) 914-2002
  | Fax: (816) 472-0288                               fbottini@bottinilaw.com
12| cowden@bscr-law.com
13| higgins@bscr-law.com                              Matthew L. Sharp
  |                                                   Nevada State Bar No. 4746
14| J. Robert Sears (*admitted pro hac vice*)         MATTHEW L. SHARP, LTD.
  | BAKER STERCHI COWDEN & RICE, L.L.C.               432 Ridge St.
15| 1010 Market Street, Suite 950                     Reno, Nevada 89501
16| St. Louis, Missouri 63101                         Phone: (775) 324-1500
  | Phone: (314) 231-2925                             Fax: (775) 284-0675
17| Fax: (314) 231-4857                               Matt@MattSharpLaw.com
18| sears@bscr-law.com

19| *Additional Plaintiff's Counsel*

20
21
22
23
24
25
26

3

STIPULATION AND REQUEST TO
VACATE CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: November 30, 2016 | Respectfully submitted, |
| 2 | | SHOOK, HARDY & BACON L.L.P. |
| 3 | | By:   /s/ Tammy Webb |
| 4 | | Joseph Rebein, admitted *pro hac vice* |
| 5 | | jrebein@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard |
| 6 | | Kansas City, Missouri 64108<br>Telephone: 816.474.6550 |
| 7 | | Facsimile: 816.421.5547 |
| 8 | | Tammy B. Webb, *pro hac vice* pending<br>tbwebb@shb.com |
| 9 | | SHOOK, HARDY & BACON L.L.P.<br>One Montgomery, Suite 2700 |
| 10 | | San Francisco, California 94104<br>Telephone:   415-544-1900 |
| 11 | | Facsimile:   415-391-0281 |
| 12 | | *Attorneys for Defendant*<br>*Union Pacific Railroad Company* |
| 14 | Dated: November 30, 2016 | COOLEY LLP |
| 16 | | /s/ Summer J. Wynn<br>Summer J. Wynn (admitted *pro hac vice*) |
| 18 | | Attorneys for Defendants<br>SFPP, L.P., KINDER MORGAN<br>OPERATING L.P. "D," and KINDER |
| 19 | | MORGAN G.P.. INC. |

IT IS SO ORDERED:

/s/ Valerie P. Cooke
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2016

4

STIPULATION AND REQUEST TO
VACATE CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2016, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

/s/ Norman E. Siegel
Norman E. Siegel

STIPULATION AND REQUEST TO
VACATE CASE MANAGEMENT CONFERENCE