Norman E. Siegel (*admitted pro hac vice*)
siegel@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Thomas S. Stewart (*admitted pro hac vice*)
stewart@swm.legal
Stewart, Wald & McCulley, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Plaintiff's Counsel

*[See Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL A. TINDER-HOWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY, SFPP, L.P. (formerly known as SANTA FE PACIFIC PIPELINES, INC., formerly known as SOUTHERN PACIFIC PIPELINES, INC.), KINDER MORGAN OPERATING L.P. "D", and KINDER MORGAN G.P., INC.,<br><br>Defendants. | CLASS ACTION<br><br>CASE NO. 3:15-cv-00317-LRH-(VPC) (consolidated with 3:15-cv-00478)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants Union Pacific Railroad Company (formerly known as Southern Pacific Transportation Company) and SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc. and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and Kinder Morgan G.P., Inc. (collectively "Defendants"), hereby stipulate to dismiss all claims and counterclaims asserted by either Plaintiff or Defendants with prejudice. The Parties will bear their own costs.

STIPULATION OF DISMISSAL WITH PREJUDICE

1

2 | Dated: May 2, 2018

Respectfully Submitted,

3

/s/ Norman E. Siegel

4 | Thomas S. Stewart (*admitted pro hac vice*)    Norman E. Siegel (*admitted pro hac vice*)
Elizabeth G. McCulley    Barrett J. Vahle (*admitted pro hac vice*)

5 | (*admitted pro hac vice*)    Ethan M. Lange (*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC    STUEVE SIEGEL HANSON LLP

6 | 2100 Central, Suite 22    460 Nichols Road, Suite 200
Kansas City, Missouri 64108    Kansas City, Missouri 64112

7 | Phone: (816) 303-1500    Phone: (816) 714-7100
Fax: (816) 527-8068    Fax: (816) 714-7101

8 | stewart@swm.legal    siegel@stuevesiegel.com

9 | mcculley@swm.legal    vahle@stuevesiegel.com
lange@stuevesiegel.com

10

11 | Steven M. Wald
(*admitted pro hac vice*)    Francis A. Bottini, Jr.

12 | STEWART, WALD & MCCULLEY, LLC    (*admitted pro hac vice*)
12747 Olive Blvd., Suite 280    BOTTINI & BOTTINI, INC.

13 | St. Louis, Missouri 63141    7817 Ivanhoe Avenue, Suite 102
Phone: (314) 720-6190    La Jolla, California 92037

14 | Fax: (314) 400-7724    Phone: (858) 914-2001
wald@swm.legal    Fax: (858) 914-2002

15 | fbottini@bottinilaw.com

16 | Matthew L. Sharp

17 | Nevada State Bar No. 4746
MATTHEW L. SHARP, LTD.

18 | 432 Ridge St.
Reno, Nevada 89501

19 | Phone: (775) 324-1500

20 | Fax: (775) 284-0675
Matt@MattSharpLaw.com

21

22 | **Counsel for Plaintiffs**

23

24

25

26

3
STIPULATION OF DISMISSAL WITH PREJUDICE

1   Dated: May 2, 2018                    Respectfully submitted,

2                                         /s/ Tammy B. Webb

3                                         Joseph Rebein
                                          SHOOK, HARDY & BACON L.L.P.
4                                         2555 Grand Blvd.
                                          Kansas City, Missouri 64108
5                                         Telephone:  (816) 474-6550
                                          Facsimile:  (816) 421-5547
6                                         jrebein@shb.com

7                                         Tammy B. Webb
                                          John K. Sherk III
8                                         SHOOK, HARDY & BACON L.L.P.
                                          One Montgomery, Suite 2700
9                                         San Francisco, California 94104
                                          Telephone: 415-544-1900
10                                        Facsimile: 415-391-0281
                                          tbwebb@shb.com
11                                        jsherk@shb.com

12                                        **Attorneys for Defendant**
                                          **UNION PACIFIC RAILROAD COMPANY**
13

14

15  Dated: May 2, 2018                    Respectfully submitted,

16                                        /s/ M. Ray Hartman III

17                                        Steven M. Strauss
                                          M. Ray Hartman III
18                                        Summer J. Wynn
                                          COOLEY LLP
19                                        4401 Eastgate Mall
                                          San Diego, CA 92121
20                                        Telephone: (858) 550-6030
                                          Facsimile: (858) 550-6420
21                                        sms@cooley.com
                                          swynn@cooley.com
22
                                          **Attorneys for Defendants**
23
                                          **SFPP, L.P., KINDER MORGAN**
24                                        **OPERATING L.P. "D," and KINDER**
                                          **MORGAN G.P., INC.**
25

26

STIPULATION OF DISMISSAL WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2018, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

/s/ Norman E. Siegel
Norman E. Siegel