# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL A. TINDER-HOWELL, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY, SFPP, L.P. (formerly known as SANTA FE PACIFIC PIPELINES, INC., formerly known as SOUTHERN PACIFIC PIPELINES, INC.), KINDER MORGAN OPERATING L.P. "D", and KINDER MORGAN G.P., INC.,<br><br>　　　　Defendants. | <u>CLASS ACTION</u><br><br>CASE NO. 3:15-cv-00317-LRH-(VPC)<br>(consolidated with 3:15-cv-00478)<br><br>**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**<br><br>**AND ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants Union Pacific Railroad Company (formerly known as Southern Pacific Transportation Company) and SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc. and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and Kinder Morgan G.P., Inc. (collectively "Defendants"), hereby stipulate to dismiss all claims and counterclaims asserted by either Plaintiff or Defendants with prejudice. The Parties will bear their own costs.

Dated: May 2, 2018                                          Respectfully Submitted,

/s/ Norman E. Siegel

| Thomas S. Stewart (*admitted pro hac vice*) | Norman E. Siegel (*admitted pro hac vice*) |
| Elizabeth G. McCulley | Barrett J. Vahle (*admitted pro hac vice*) |
| (*admitted pro hac vice*) | Ethan M. Lange (*admitted pro hac vice*) |

STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068
stewart@swm.legal
mcculley@swm.legal

STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
lange@stuevesiegel.com

Steven M. Wald
(*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC
12747 Olive Blvd., Suite 280
St. Louis, Missouri 63141
Phone: (314) 720-6190
Fax: (314) 400-7724
wald@swm.legal

Francis A. Bottini, Jr.
(*admitted pro hac vice*)
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Phone: (858) 914-2001
Fax: (858) 914-2002
fbottini@bottinilaw.com

Matthew L. Sharp
Nevada State Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, Nevada 89501
Phone: (775) 324-1500
Fax: (775) 284-0675
Matt@MattSharpLaw.com

*Counsel for Plaintiffs*

| | |
|---|---|
| Dated: May 2, 2018 | Respectfully submitted, |
| | /s/ Tammy B. Webb |
| | Joseph Rebein<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>jrebein@shb.com |
| | Tammy B. Webb<br>John K. Sherk III<br>SHOOK, HARDY & BACON L.L.P.<br>One Montgomery, Suite 2700<br>San Francisco, California 94104<br>Telephone: 415-544-1900<br>Facsimile: 415-391-0281<br>tbwebb@shb.com<br>jsherk@shb.com |
| | **Attorneys for Defendant**<br>**UNION PACIFIC RAILROAD COMPANY** |
| Dated: May 2, 2018 | Respectfully submitted, |
| | /s/ M. Ray Hartman III<br>Steven M. Strauss<br>M. Ray Hartman III<br>Summer J. Wynn<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6030<br>Facsimile: (858) 550-6420<br>sms@cooley.com<br>swynn@cooley.com |
| | **Attorneys for Defendants**<br>**SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.** |

**SEE NEXT PAGE FOR ORDER**

**O R D E R**

IT IS SO ORDERED.

DATED this 3rd day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE